Carla L. Martinez
Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

**Filed**

JUL 19 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

Carla L. Martinez & Christopher Martinez

**Plaintiff(s)**

vs.

Garcia Tirado Family Trust, Richard Garcia, Steven J. Cooper, Law Office of Stephen J. Cooper; Inglewood Sheriff Department

**Defendant(s)**

§
§
§
§
§
§
§
§
§
§
§
§

**Bankruptcy Case No:** 2:24-bk-13606-NB

**Chapter:** 7

**Adv. Proc. No:** _____

# ADVERSARY PROCEEDING

11 U.S.C. § 362(k) - Violation of Automatic Stay
Rule 7001(2), Action to obtain an injunction or other Equitable Relief,
Rule 7001(9), Action to obtain an Declaratory Relief

## COMPLAINT FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY
## (WITH MOTION FOR IMMEDIATE HEARING & INJUNCTIVE RELIEF)

### I. *INTRODUCTION TO THE CASE:*

1.    This is an Adversary Proceeding brought by  Carla L. Martinez & Christopher Martinez  ("Plaintiff" ) against

**Garcia Tirado Family Trust**    ("defendant") for immediate injunctive relief for wliiful and intentional

violations of the Automatic Stay in this bankruptcy case. Defendant's willful violation of the automatic stay

caused plaintiff sleepless nights, upset stomach, and other significant emotional harm distinct from the

inherent stress of the normal bankruptcy process.   Plaintiff request and is entitled to ***punitive damages.***

### II. *NATURE OF THE CLAIM*

2. Plaintiff's automatic stay claim is a core proceeding under 28 U.S.C. § 157(b)(2) (see In re Gruntz, 202

F.3d 1074, 1081 (9th Cir.2000); In re Goodman, 991 F.2d 613, 617 (9th Cir. 1993)) and plaintiff consents to

entry of final orders and judgments by the United States Bankruptcy Court in this adversary proceeding.

Plaintiff reserves the right to withdraw any non-core claims to the U.S. District Court

### III. *JURISDICTION & VENUE*

3. This court has jurisdiction over this Adversary proceeding pursuant to Part VII, Rule 7001 and in

particular, under Rule 7001(1) a proceeding to recover money or property, under Rule 7001(2), and action

to obtain an injunction or other equitable relief, suit to obtain a declaratory judgment pursuant to

Bankruptcy Rule 7001(9) Jurisdiction of this court over this matter is invoked pursuant to 28 U.S.C

§157(b)(2)(k), 28U.S.C. §157(b)(2)(b), 28 U.S.C. §157(b)(2)(1)(B), under 28 U.S.C. §157(b)(2)(o) 42 USC

1985 (Conspiracy) This Court has jurisdiction under 28 U.S.C. §1334 because the automatic stay arises

under Title 11. **Venue** is proper because defendants willfully violated the automatic stay in this case while the

protection of the automatic stay was in full force and effect.

## THE PARTIES:                                      Page 2

## PLAINTIFF:

4.  __Carla L. Martinez & Christopher Martinez__   is a natural person, and is the debtor in this case which has

been accorded the protection of the automatic stay under section 362(a) of the United States

Bankruptcy Code, within the jurisdiction of this court whereas the defendants have willfully

and maliciously violated the automatic stay of section 362(a) in order to harass plaintiff

and to otherwise deprive and/or violate plaintiff's protected constitutional rights in bankruptcy.

## DEFENDANTS:

5.  **Garcia Tirado Family Trust**     is a _____ a private trust _____

who has _willfully violated_ the provisions of automatic stay under section 362(a) of the United States

Bankruptcy Code, within the jurisdiction of this court., and who sought to deprive plaintiff of certain

civil and constitutional rights protected under the constitution whereas, defendant is individually

involved in a conspiracy under 42 USC 1985 to commit fraud, to oppress, and to harass plaintiff by

willfully conspiring to violate the automatic stay provisions of section 362(a).

   **Garcia Tirado Family Trust**     is sued individually, and individually liable for the illegal acts.

6.  _____ **Richard Garcia** _____     is a _____ an individual of full age and majority _____

who has _willfully violated_ the provisions of automatic stay under section 362(a) of the United States

Bankruptcy Code, within the jurisdiction of this court., and who sought to deprive plaintiff of certain

civil and constitutional rights protected under the constitution whereas, defendant is individually

involved in a conspiracy under 42 USC 1985 to commit fraud, to oppress, and to harass plaintiff by

willfully conspiring to violate the automatic stay provisions of section 362(a).

   **Richard Garcia**     is sued individually, and individually liable for the illegal acts.

7.  _____ **Steven J. Cooper** _____     is a _____ an individual of full age and majority _____

who has _willfully violated_ the provisions of automatic stay under section 362(a) of the United States

Bankruptcy Code, within the jurisdiction of this court., and who sought to deprive plaintiff of certain

civil and constitutional rights protected under the constitution whereas, defendant is individually

involved in a conspiracy under 42 USC 1985 to commit fraud, to oppress, and to harass plaintiff by

willfully conspiring to violate the automatic stay provisions of section 362(a).

   **Steven J. Cooper**     is sued individually, and individually liable for the illegal acts.

8.  **Law Office of Stephen J. Cooper**     is a _____ Law Firm organized in California _____

who has _willfully violated_ the provisions of automatic stay under section 362(a) of the United States

Bankruptcy Code, within the jurisdiction of this court., and who sought to deprive plaintiff of certain

civil and constitutional rights protected under the constitution whereas, defendant is individually

involved in a conspiracy under 42 USC 1985 to commit fraud, to oppress, and to harass plaintiff by

willfully conspiring to violate the automatic stay provisions of section 362(a).

   **Law Office of Stephen J. Cooper**     is sued individually, and individually liable for the illegal acts.

## STATEMENT OF FACTS:

## STATEMENT OF FACTS:                              **Page 3**

### FACTS COMMON TO ALL CAUSES OF ACTION
### (ILLEGAL EVICTION ON JULY 16, 2024)

9. Plaintiff ___Carla L. Martinez & Christopher Martinez___ filed bankruptcy in case number __2:24-bk-13606-NB__ now

pending in the ___CENTRAL DISTRICT OF CALIFORNIA___        ___WESTERN DIVISION___

10. This complaint's allegations are based on personal knowledge as to defendant's conduct and made

on information and belief as to the acts of others.

11. Defendant and each of them received actual notice of the automatic stay in plaintiffs case from the

bankruptcy noticing center and from plaintiff multiple times, including by mail, fax, and over the phone.

12. After receiving actual notice of the automatic stay, defendant intentionally harassed plaintiff with

calls and or letters or court hearings with purport to prosecute legal actions against the debtor.

### UNLAWFUL ACTS WHICH VIOLATED THE AUTOMATIC STAY

13. **1. Illegal lockout on 7/16/2024**

    **1.Unlawful eviction and lockout on July 16, 2024 by the Sheriff.**

    **2. MisRepresentation that the automatic stay was lifted.**

    **3. Initiated Actions with the Inglewood Sheriff Department to evict debtor on 7/12/2024**

    **3. Misrepresentation that the defendants could evict debtor during the automatic stay.**

    **5. Changed locked on the property during the automatic stay.**

    **4. Misrepresentation the debtor has 14 days to retrieve personal belonging from the property.**

14. Defendants conduct as alleged above caused plaintiff sleepless nights, upset stomach, and other

significant emotional harm distinct from the inherent stress of the normal bankruptcy process.

15. The bankruptcy notice provided to defendant warned that violating the automatic stay could subject

it to penalties, however, defendants continued its willful and negligent acts as setout above which

violates civil and constitutional rights.

16. **FINAL NOTICE:** On ___July 16, 2024___ Plaintiff sent defendant and/or defendants agent a

final notice and URGENT LETTER warning defendants to cease desist from its unlawful activities to no

avail whereas despite said letter defendants persisted in the unlawful acts complained of herein.

17. Defendants conduct as alleged above was in pursuit of profit, and constituted a wanton,

outrageous and oppressive violation of plaintiffs right to be free from collection activities during

bankruptcy.

18.                              ### THE PURSUIT OF PROFIT

**The defendant intentionally violated the automatic stay in pursuit of property**

**which does not actually belong to them but which belongs to the debtor.**

**STATEMENT OF FACTS:**

# FIRST CAUSE OF ACTION:

### WRONGFUL EVICTION BY THE SHERIFF

### CAUSE OF ACTION - WILLFUL VIOLATIONS OF THE AUTOMATIC STAY

### (11 U.S.C. § 362(k))

Plaintiff incorporates the allegations above by reference.

19.   Defendant's violation of 11 U.S.C. § 362(a)(6) as alleged above was "willful" as that term is defined in the Ninth Circuit because its conduct was intentional, it had prior actual knowledge of the automatic stay from multiple sources, its conduct was unreasonable, and any alleged mistake of law was not a defense.

20.  Defendants acts were further willful considering all of the following events:

1. Defendants Were notified with the Bankrupty Automatic Stay a day before the illegal eviction.

2. An email was sent to the defendant prior to sending out the sheriff.

3. Personal service was effected upon the Sheriff prior to the illegal eviction.

4. A copy of the automatic stay notice was provided to the Sheriff at the official office.

5. A copy was given to the Sheriff's Department at the property at the time of the eviction.

21.   Under 11 U.S.C. § 362(k), plaintiff is entitled to compensation for actual damages, proportional punitive damages, and reasonable fees and costs from defendant in amounts to be decided by the Court.

22. It is alleged that_____Garcia Tirado Family Trust_____willfully violated the automatic stay.

23. It is alleged that_____Richard Garcia_____willfully violated the automatic stay.

24. It is alleged that_____Steven J. Cooper_____willfully violated the automatic stay.

25. It is alleged that_____Law Office of Stephen J. Cooper_____willfully violated the automatic stay.

26. It is further alleged that one, or more, or all of the defendants formed a conspiracy to violate the automatic stay, and the said conspiracy was perpetrated for profit and to deprive plaintiff of constitutional rights and privileges protected under the Constitution of the United States.

**27.**

STATEMENT OF FACTS:

# SECOND CAUSE OF ACTION:

## NEGLIGENT MISREPRESENTATION REGARDING THE RIGHT TO EVICT

## SECOND CAUSE OF ACTION - NEGLIGENT MISREPRESENTATION

Plaintiff incorporates the allegations above by reference.

28.  Defendant's violation of 11 U.S.C. §362(a)(6) as alleged above was a Negligent Misrepresentation, was an intentional Misrepresentation because, it had prior actual knowledge of the automatic stay from multiple sources, but still proceeded to act as though it actions in violating the stay as complained of herein.

29.  Defendants made false statements as setforth herein, and that they could move forward and violate the automatic stay in this case, and believing their actions were just but without reasonable grounds and are thus liable for their misrepresentations made.

30.  Defendants and each of them knew or should have known that their wanton, and willful unlawful acts to violate the automatic stay as setforth herein was a gross violation of law and thus defendants had no reasonable grounds to believe that their actions was in compliance with law.

31.  Defendant made the following non-exclusive Negligent Misrepresentations:

1.  That they could invade the premises and evict debtor during the automatic stay.

2. That they could proceed with eviction and lock out during the automatic stay.

3. That the automatic stay was expired and they could move forward with eviction.

32   Defendant's Negligent Misrepresentation are the direct and proximate causes of the willful and wanton violations of the Automatic Stay.

33.   It is alleged herein that the Negligent Misrepresentations made by the defendant also result in the violation of plaintiff's Constitutional rights to the Automatic Stay, Conspiracy to interfere with Civil Rights, which rights are loss or grossly interfered with due to defendant's Negligent Misrepresentation.

34.   Defendants and each of them are individually and jointly liable whereas, plaintiff civil and constitutional rights have been severely violated for which restitution must be paid.

**STATEMENT OF FACTS:**

# THIRD CAUSE OF ACTION:

## CIVIL CONSPIRACY TO EVICT BETWEEN ALL DEFENDANTS

### THIRD CAUSE OF ACTION - CIVIL CONSPIRACY TO VIOLATE 42 USC §1985

#### Conspiracy to interfere with civil rights

Plaintiff incorporates the allegations above by reference.

36. Defendant's violation of 11 U.S.C. § 362(a)(6) as alleged above was a Civil Conspiracy to violate 42 USC 1985, to interfere with Civil Rights, to deprive plaintiff of certain rights relative to the automatic stay and governing bankruptcy laws of the United States.

37. **OBSTRUCTING JUSTICE**: It is alleged that at least two or more defendants conspired for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to plaintiff the equal protection of the laws, and/or to plaintiff or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws.

38. Rather than obey the automatic stay the defendants through their wanton, and willful unlawful acts formed a Civil conspiracy to deprive plaintiff of the following rights:.

**The Right to have the automatic stay respected.**

**The right to remain in the premises during the automatic stay.**

**The right to be free from harrassment during the automatic stay.**

39. Defendant's conspiracy and interference with Civil Rights are the direct and proximate causes of the willful and wanton violations of the Automatic Stay.

40. It is alleged herein that two or more or all of the named defendants participated in the unlawful acts which further result in the violation of plaintiff's Constitutional rights to the Automatic Stay, which rights are loss or grossly interfered with due to defendant's .

41. Defendants and each of them are individually and jointly liable whereas, plaintiff civil and constitutional rights have been severely violated for which restitution must be paid.

42.                    **THE CONSPIRACY WAS MADE TO HARRASS THE DEBTOR**
The defendants knew or should have known that the lock out was illegal but still proceeded with their unlawful actions to evict the debtor and family.

It is alleged that this was a conspiracy to harrass the debtor while under the protection of the automatic stay.

STATEMENT OF FACTS:

Page 7

# FOURTH CAUSE OF ACTION:

## ILLEGAL EVICTION AND LOCKOUT DURING THE AUTOMATIC STAY ON 7/16/2024

### FOURTH CAUSE OF ACTION - *FRAUD*

### EXHIBIT "F" - THE COMPLAINT FOR FRAUD

43. Plaintiff incorporates Exhibit "F" and the previous allegations above by reference as if fully setforth herein, and whereas, the FRAUD is setforth fully in compliance with Rule 9(b) of the Federal Rules of Civil Procedure which require the fraud to be pleaded with specificity .

44. Defendant's violation of 11 U.S.C. § 362(a)(6) as alleged above was *a deceitful fraud*, and misrepresentation for profit, and to violate 42 USC 1985, to interfere with Civil Rights, and an obstruction of justice to deprive plaintiff of certain rights relative to the automatic stay and governing bankruptcy laws of the United States.

45. **THE FRAUD**: Defendants and each of them committed fraud, made material misrepresentation as setforth herein and in ***Exhibit F***, *The fraud complaint*, for purpose improper purposes of hindering, obstructing the due course of justice, with the full and evil intent deny to plaintiff the equal protection of the bankruptcy laws, and to plaintiff of his property rights and the equal protection of the laws of the United States, whereas, plaintiff is entitled to recover monetary damages due to the fraud.

46. The following non exclusive, material misrepresentations were made in support of the FRAUD:
    **1. The illegal lockout during the automatic stay.**
    **2. The misrepesentation that the lockout was legal.**
    **3. The misrepresentation that defendant had obtained a lifting of the automatic stay.**
    **4. The misrepresentation that defendants would invoke the sheriff to evict the debtor.**

47. Defendants fraudulent conduct was an interference with governing bankruptcy law, plaintiff's Civil Rights and are the direct and proximate causes of the willful and wanton violations of the Automatic Stay, and whereas, each of them are liable and jointly liable for the fraud complained of herein.

48. It is further alleged herein that the fraud complained of herein and Exhibit F constituted false statements resulting in unlawful acts which result in the violation of plaintiff's Constitutional rights to the Automatic Stay, which rights are loss or grossly interfered with due to defendants fraudulent conduct .

**49.**

## STATEMENT OF FACTS:

# FIFTH CAUSE OF ACTION:

### FIFTH CAUSE OF ACTION - DECLARATORY JUDGMENT

50. Plaintiff incorporates Exhibit "F" - The Fraud Complaint, and the previous allegations above by reference as if fully setforth herein.

51. Plaintiff is entitled to a declaratory judgment and declaration, by this court declaring the acts complained of herein are unlawful and a violation of plaintiff's constitutional and bankruptcy rights under law.

52. Specifically, plaintiff is entitled to a declaratory judgment as to all causes of actions as follows:

53. A declaration of that defendants willfully violated the automatic stay of section 362(a) of the bankruptcy code, and,

54. A declaration that defendant's false statements constituted <u>Negligent Misrepresentions</u>, and a declaration declaring that those same evil misrepresentations contributed to the causes of the willful violations of the automatic stay as set forth herein, and,

55. A declaration that defendants willful violations of the stay was based on profit and/or profiteering practices which violated the automatic stay, and,.

56. A declaration that defendants committed FRAUD, as setout herein and in Exhibit "F" The fraud complaint, and that such fraud was independently done, and was further a contributing factor to the violation of the automatic stay.

57. A declaration that defendants violated 42 USC 1985 in a conspiracy to violate civil rights and to deprive plaintiff of certain constitutionally protected rights under bankruptcy law, including protection of the automatic stay, and,

58. A declaration that defendants entered into a civil conspiracy and committed fraud as setforth herein and in Exhibit F - The Fraud complaint to violate the laws of the United States, and to other wise oppress and harass plaintiff, and to deprive plaintiff of certain rights guaranteed by the Constitution of the United States

**59.**                    **Violation of Bankruptcy Rights**

A declaration that the violation of the automatic stay was a violation of the debtor's bankruptcy rights.

**STATEMENT OF FACTS:**

## EXTREME AND OUTRAGEOUS CONDUCT:

**DEFENDANT'S INTENTIONAL AND WILLFUL ACT OF VIOLATION OF THE AUTOMATIC STAY
CONSTITUTE EXTREME & OUTRAGEOUS CONDUCT PUNISHABLE BY PUNITIVE DAMAGES**

60.    Plaintiff further contends that defendant's  fraudulent conduct, the conspiracies, the many misrepresentations perpetrated by defendants as complained of specifically in Exhibit "F" the Fraud claim, including the matters complained of in the preceding paragraphs of this lawsuit, namely, the violations of civil rights, the *deprivation of civil rights*, the willful violations of the automatic stay, the unlawful actions taken against the plaintiff, the harassing fraudulent instruments sent to the plaintiff, exceeds all bounds usually tolerated by a decent society, and moreover was *done with malice*, and with intent to cause knowledge that it would cause, and in fact has caused, *severe mental and physical distres*s and *economic loss to the plaintiff*.

61. Defendant's flagrant, willful disregard for the law, its despicable fraudulent conduct, and its wilfull violation of the automatic stay is **Extreme & Outrageous**, and should be punished accordingly, with *punitive* and/or exemplary damages.

*62.* Regarding the conspiracy claimed herein, plaintiff asserts that if it is found that one or more or all of the defendants did not actively participate in the said illegal acts and conspiracy, then it is alleged that said defendants had knowledge of the conspiracy, the power to prevent, or aid in the prevention of the conspiracy, and *refused to do so and thus violated 42 USC 1986*.

**63.**    That, in the alternative and in the event that this court finds that there was no conspiracy between the defendants named herein to collectively harass or defraud the plaintiff, plaintiff alleges that one, or more, or *all of the defendants* named herein **independently committed the unlawful acts**, which acts resulted in *the loss of valuable property rights*, deprivation and violation of plaintiff's rights, privileges, and immunities guaranteed under Bankruptcy Law and the Constittion of the United States.

Page 10

# COMPUTATION OF DAMAGES

### (AGAINST ALL DEFENDANTS INDIVIDUALLY)

**64.** *As a result of the wilful violation of the automatic stay, fraud, and the despicable, treacherous, and fraudulent acts described herein, the plaintiff* Carla L. Martinez & Christopher Martinez *is entitled to recover from each of the defendants, the following damages:*

## DAMAGES:

| | | |
|---|---|---:|
| 1. | **Punitive Damages** …………….............…….......…….. | **$500,000.00** |
| 2. | Actual Damages........................................................... | **$500,000.00** |
| 3. | Damages for ***FRAUD***............................................. | **$1,500,000.00** |
| 4. | Negligent Misrepresentation……………….....…….......... | **$1,500,000.00** |
| 5. | Intentional Infliction of Emotional Distress & Pain............ | **$1,000,000.00** |
| 6. | Restitution for Conspiracy............................................... | **$500,000.00** |
| 7. | Compensatory Damages................................................. | **$500,000.00** |
| 8. | Treble Damages............................................................. | **$3,000,000.00** |
| 9. | Embarrassment, Humiliation, & Anxiety........................... | **$1,000,000.00** |
| 10. | Restitution for Civil Rights Violations (1985 and 1986)....... | **$500,000.00** |
| 11. | Restitution for  Intentional Violations of the Automatic Stay............... | **$500,000.00** |
| 12. | Restitution for Constitutional Violations............................ | **$1,000,000.00** |
| | **Total Damages**........................................................ | **$12,000,000.00** |

### THE INDIVIDUAL DEFENDANTS ARE JOINTLY AND INDIVIDUALLY LIABLE

65.  **Garcia Tirado Family Trust**  is individually and jointly liable for the damages.

66.  **Richard Garcia**  is individually and jointly liable for the damages.

67.  **Steven J. Cooper**  is individually and jointly liable for the damages.

68.  **Law Office of Stephen J. Cooper**  is individually and jointly liable for the damages.

**PRAYER FOR RELIEF**

69. After a stipulation or determination that defendant willfully violated the automatic stay, plaintiff seeks relief as follows:

**A. Money Judgment** in favor of plaintiff ___Carla L. Martinez & Christopher Martinez___ against defendants for actual damages and punitive damages for the willful violations complained of herein,

**B. Money Judgment** for attorney fees in favor of the law firm representing this case and against defendants, and each of them, individually for reasonable fees and costs incurred prosecuting this adversary proceeding.

**C. JUDGMENT ON COUNT 1**: *WILLFUL VIOLATION OF THE AUTOMATIC STAY*

A declaratory judgment declaring that defendants willfully violated the automatic stay in this bankruptcy case and declaring the acts to be extreme and outrageous, and,

**D. JUDGMENT ON CLAIM #2**: NEGLIGENT MISREPRESENTATION

A declaratory judgment declaring that defendants acts and conduct to be negligent misrepresentation and declaring the said acts to be extreme and outrageous, and,

**E. JUDGMENT ON CLAIM #3**: CIVIL CONSPIRACY TO VIOLATE 42 USC §1985

A declaratory judgment declaring that defendants acts and conduct have violated 42 USC 1985, a conspiracy to deprive plaintiff of constitution rights related to the automatic stay and declaring the said acts to be extreme and outrageous, and,

F. **JUDGMENT ON CLAIM #4:    FRAUD**

A declaratory judgment declaring that defendants acts and conduct constitute fraud, and further declaring the said FRAUD was used to willfully violate the automatic stay provisions of section 362(a) of the United States Bankruptcy Code.

***WHEREFORE, ALL PREMISES CONSIDERED**, Plaintiffs pray that this Honorable Court after due proceeding, and all legal delays, do enter judgment against the defendants jointly, severely, and in solido, condemning them all, for the said unlawful acts in the full amount of : _____$12,000,000.00_____ including court cost, attorney fees, interest from the date of judicial demand and for all general and equitable relief afforded under law.*

Respectfully Submitted:                                   **JURY TRIAL DEMANDED**

Carla L. Martinez
Christopher Martinez
3964 Redwood Avenue                                      July 19, 2024
Los Angeles, Ca. 90066                                   **Dated:**
Phone: 213-586-3454

## REQUEST FOR SERVICE

Please serve defendants at the following addresses:

Garcia Tirado Family Trust
6728 Los Verdes Dr.
Apartment 8
Rancho Palos Verdes, Ca. 90275

Richard Garcia
6728 Los Verdes Dr.
Apartment 8
Rancho Palos Verdes, Ca. 90275

Steven J. Cooper
21515 Hawthorne Blvd
Suite 160
Torrance, Ca. 90503

Law Office of Stephen J. Cooper
21515 Hawthorne Blvd
Suite 160
Torrance, Ca. 90503

# EXHIBIT "F"

## <u>COMPLAINT FOR FRAUD</u>

# ILLEGAL EVICTION AND LOCKOUT DURING THE AUTOMATIC STAY ON 7/16/2024

### <u>ILLEGAL EVICTION WHILE AUTOMATIC STAY IS IN FULL FORCE AND EFFECT</u>

### <u>ASSERTED AGAINST:</u>

**Garcia Tirado Family Trust**

i

NOTICE PLEADING: Rule 9(b) of the Federal Rules of Civil Procedure requires that the facts constituting the fraud be pled  with specificity, as conclusion allegations are insufficient. FED. R. CIV. PROC. 9(b) (See Moore v. Kayporrt Package Exp. Inc. 885 F, 2d 533,540 (9th Cir. 1989) (" A pleading is sufficient under Rule 9(b) if it identifies the circumstances constituting the fraud so that the defendant can prepare an adequate answer to the allegations. A statement of time, place, and nature of the alleged fraudulent activities are sufficient. (Walling v.Beverly Enters, 476 F. 2d. 393,397, (9th Cir. 1973) concluding time, place and nature of fraud meets Rule 9(b) requirements.

*Cause of Action - Fraud*

**Page 1 of 12**

Carla L. Martinez
Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454

| | |
|---|---|
| Carla L. Martinez & Christopher Martinez §<br>**Plaintiff**<br><div align="center">**vs**</div> | **Case No.** _____ **2:24-bk-13606-NB** _____ |

Garcia Tirado Family Trust, Richard
Garcia, Steven J. Cooper, Law Office of
Stephen J. Cooper; Inglewood Sheriff
Department

§
§
§
§
§
§
§
§
§
§

**Defendant(s)**

## COMPLAINT FOR FRAUD

**ATTACHMENT TO:**
☑ Complaint  ☐ Cross-Complaint

### ASSERTED AGAINST:

Garcia Tirado Family Trust

Richard Garcia

Steven J. Cooper

---

**NATURE OF THE FRAUD:**

## ILLEGAL EVICTION AND LOCKOUT DURING THE AUTOMATIC STAY ON 7/16/2024

---

### I. INTRODUCTION: NATURE OF THE SCHEME - STATEMENT OF FACTS

ILLEGAL EVICTION WHILE AUTOMATIC STAY IS IN FULL FORCE AND EFFECT

I, Carla Lanette Martinez, the plaintiff and debtor in the above-captioned Chapter 7

bankruptcy case, bring this adversary proceeding against the named defendants and

Sheriff's Department for willful violation of the automatic stay under 11 U.S.C. § 362(a).

Despite the protections afforded by the automatic stay, which was triggered upon the

filing of my bankruptcy petition on May 8, 2024, the defendant unlawfully attempted to

evict me from my residence on July 16, 2024. This eviction attempt has caused

significant emotional distress, disruption of my home life, and additional legal expenses.

I seek a determination from this Court that the defendant violated the automatic stay,

and I request actual and punitive damages as provided under 11 U.S.C. § 362(k).

### CONTENT OF THE FALSE REPRESENTATION

---

   The content of the false representation is that defendants could evict the plaintiff and

her family while in banruptcy and during the automatic stay.

---

**FRAUD CLAIM**                                        *Cause of Action - Fraud*

## TABLE OF CONTENTS:

I.  **Introduction**: Nature of the Scheme & Content of The False Representation...........1

    ILLEGAL EVICTION WHILE AUTOMATIC STAY IS IN FULL FORCE AND EFFECT

II.  The **Date** and **Time** of the Occurrences................................................2

    The date was 7/16/2024 at approximately 10:00am

III.  **Identity Of The Misrepresentations** Made ..................................3

    1. Illegal lockout on 7/16/2024 .........3

    .........3

    2. MisRepresentation that the automatic stay was lifted. .........3

    .........3

    3. Misrepresentation that the defendants could evict debtor during the automatic stay. .........3

    .........3

    4. Misrepresentation the debtor has 14 days to retrieve personal belonging from the property. ......3

IV.  The **Who, What, When, Where, And How** The Misrepresentations Were Made.....4

    Garcia Tirado Family Trust

V.  **To Whom The Misrepresentations Were Made** and The Means The Representation was Tendered.................................................5

    Carla L. Martinez & Christopher Martinez

VI.  **Name of the Person(s)** Making the Misrepresentation.............................6

    GARCIA TIRARDO FAMILY TRUST, RICHARD GARCIA

VII.  **To Who The Representation Was Made & Their Authority to Speak**...................7

    The representation was made to the Sheriff's office and to the debtor.

VIII.  **To Whom They Spoke**................................................8

    The spoke the representative to the sheriff and the debtor.

IX.  **What They Said or Wrote** When Each Misrepresentation was Made or Written ....9

    Defendants claimed that they could evict the debtor during the automatic stay and also that they could perform a lockout during the automatic stay.

X.  **Defendants had Knowledge of the Falsity** and had full **Intent** to Defraud (**"Scienter"**) and to **induce reliance**................................................10

    Defendant had full knowlege for the acts as they were provided notices by the debtor and by the court.

XI.  **Resulting Damage**:  Severe Damages Resulted From **The Fraud**........................11

    The resulting damage was the lost of the property and lost of possession during the automatic stay.

XII.  **Causation**: Defendant Conduct Was A Substantial Factor Which Caused The Harm................................................12

    The defendants illegal conduct was a substantial factor which caused the illegal eviction.

## STATEMENT OF FACTS

### II.  DATES AND TIMES OF THE OCCURRENCES

The date was 7/16/2024 at approximately 10:00am

## STATEMENT OF FACTS

### III.  IDENTITY OF THE MISREPRESENTATIONS MADE

3.1    The Identity of the Misrepresentation includes but is not limited to all of the following Misrepresentations:

**1. *Illegal lockout on 7/16/2024***

**2. MisRepresentation that the automatic stay was lifted.**

**3. Misrepresentation that the defendants could evict debtor during the automatic stay.**

**4. Misrepresentation the debtor has 14 days to retrieve personal belonging from the property.**

Case 2:24-ap-01178-NB   Doc 1   Filed 07/19/24   Entered 07/19/24 16:10:46   Desc
Carla L. Martinez & Christopher Martinez  VS  Garcia Tirado Family Trust   Page 18 of 40   *Case Number: 2:24-bk-13606-NB*

Page 5 of 12

## STATEMENT OF FACTS

### IV.  THE WHO, WHAT, WHEN, WHERE, & HOW THE REPRESENTATIONS WERE MADE

**4.1** The details of the Who, What, Where, When, and How the representations were made are as follows:

### 4.2  WHO:  (WHO'S INVOLVED)

Richard Garcia

Garcia Tirado Family Trust

Garcia Tirado Family Trust

Steven J. Cooper

Law Office of Stephen J. Cooper

### 4.3  WHAT: (What Misrepresentations they Committed)

1. Illegal lockout on 7/16/2024

2. MisRepresentation that the automatic stay was lifted.

3. Misrepresentation that the defendants could evict debtor during the automatic stay.

4. Misrepresentation the debtor has 14 days to retrieve personal belonging from the property.

### 4.4  WHEN:  (When Exactly The Events Occurred)

Richard Garcia
LOCK OUT on 7/16/2024

### 4.5  WHERE:   3964 Redwood Avenue, Los Angeles, CA 90066
Richard Garcia
Garcia Tirado Family Trust

### 4.6  HOW: "False Manufacturer & Recordation of False Instruments

**4.7**   Through deceptive, and fraudulent acts defendants recorded one or more fraudulent instruments a series of misrepresentation which embellishes the fraud.

## STATEMENT OF FACTS

### V.  TO WHOM THE MISREPRESENTATIONS WERE MADE AND THE MEANS THE REPRESENTATION WAS TENDERED

#### 5.1  TO WHOM THE MISREPRESENTATION WERE MADE:

The misrepresentations were made to all of the following non-exclusive individuals and entities:

Carla L. Martinez & Christopher Martinez

#### 5.2 THE MEANS THE REPRESENTATION WAS TENDERED:

Plaintiff's LOCKED out home of over 50 years occupancy

*Cause of Action - Fraud*

Case 2:24-ap-01178-NB    Doc 1    Filed 07/19/24    Entered 07/19/24 16:10:46    Desc
Carla L. Martinez & Christopher Martinez VS Garcia Tirado Family Trust    Page 20 of 40    Case Number: 2:24-bk-13606-NB

Page 7 of 12

# STATEMENT OF FACTS

## VI.  NAME OF THE PERSONS MAKING THE FALSE REPRESENTATION:

It is alleged that one or more or all of the defendants made the false representations and the names and identity of the persons or entities making the false representations are as follows:

Garcia Tirado Family Trust

Richard Garcia

Steven J. Cooper

Law Office of Stephen J. Cooper

## STATEMENT OF FACTS

## VII.   TO WHO THE REPRESENTATION WAS MADE AND THEIR AUTHORITY TO SPEAK

The representation was made to the Sheriff's office and to the debtor.

Case 2:24-ap-01178-NB   Doc 1   Filed 07/19/24   Entered 07/19/24 16:10:46   Desc
Carla L. Martinez & Christopher Martinez vs Garcia Twin Family Trust   Page 22 of 40   Case Number: 2:24-bk-13606-NB

Page 9 of 12

# STATEMENT OF FACTS

## VIII.   TO WHOM THEY SPOKE

8.1   The false representation was spoken to several persons and entities which includes but is not limited to the following individuals and/or entities:

The spoke the representative to the sheriff and the debtor.

## STATEMENT OF FACTS

## IX.  WHAT THEY SAID OR WROTE WHEN EACH REPRESENTATION WAS MADE:

Defendants claimed that they could evict the debtor during the automatic stay and also that they could perform a lockout during the automatic stay.

### 1. Illegal lockout on 7/16/2024

### 2. MisRepresentation that the automatic stay was lifted.

### 3. Misrepresentation that the defendants could evict debtor during the automatic stay.

### 4. Misrepresentation the debtor has 14 days to retrieve personal belonging from the property.

## STATEMENT OF FACTS

### X. Defendants had Knowledge of the Falsity and had full **Intent** to Defraud (***"Scienter"***) and to induce reliance

Defendant had full knowlege for the acts as they were provided notices by the debtor and by the court.  Defendant acts were malicious, wreckless, and done with the intent to harm plaintiff, which in fact did harm plaintiffs and family.

### TO INDUCE RELIANCE

Defendants reduced reliance on plaintiff by using the Sheriff's Department to make its unlawful acts appear to be illegal, but which in fact was not.

## STATEMENT OF FACTS

**XI.** **_Resulting Damage_**: Severe Damages Resulted From The Fraud

The resulting damage was the lost of the property and lost of possession during the automatic stay.

### STATEMENT OF DAMAGES AGAINST:

11.1  As a direct and proximate result of the fraud complained of herein, plaintiff(s) has experienced substantial financial losses, and other damages which are recoverable for defendant's deceit, misconduct and fraudulent acts.

11.2  The Description of the Losses and/or damages include, but not limited to all of the following:

**AMOUNT:**

| DESCRIPTION OF LOSS / DAMAGE | |
|---|---|
| 1. Loss of Real Property | $1,500,000.00 |
| **TOTAL:** | **$1,500,000.00** |

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Carla L. Martinez & Christopher Martinez | DEFENDANTS<br>Garcia Tirado Family Trust, Richard Garcia, Steven J. Cooper, Law Office of Stephen J. Cooper; Inglewood Sheriff Department |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Carla L. Martinez<br>Christopher Martinez<br>3964 Redwood Avenue<br>Los Angeles, Ca. 90066<br>Phone: 213-586-3454 | ATTORNEYS (If Known) |

| PARTY (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☐ Other<br>☐ Trustee |
|---|---|

CAUSE OF ACTION WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

**Recover of Property; Recovery of Money Property; Willful Violation of Stay, Complaint to Determine Validity, Priority of Extent of Lien pursuant to Bankruptcy Rule 7001(2); Complaint for Injunctive Relief pursuant to Bankruptcy Rule 7001(7); Complaint for FRAUD, Negligent Misrepresentation; Complaint for Declaratory Relief pursuant to FRBP 7001(9) & 28 USC 2201,**

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as I First alternative cause as 2 second alternative cause as 3 etc )

**FRBP 7001ti) - Recovery of Money/Property**
☑ I I -Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
☐ 2 1 -Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
☐ 3 I-Approval of sale of property of estate and of a co-owner – §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
☐ 5 I-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
☐ 66-Dischargeability ~ §523(a)(l),(l4),(l4A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(I 5), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
☑ 71-Injunctive relief- imposition of stay
☑ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81 -Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☑ 9 I-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01 -Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ $12,000,000.00 |
| Other Relief Sought | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Carla L. Martinez & Christopher Martinez | BANKRUPTCY CASE NO.<br>2:24-bk-13606-NB | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL DISTRICT OF CALIFORNIA | DIVISION OFFICE<br>WESTERN DIVISION | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF<br>Carla L. Martinez & Christopher Martinez | DEFENDANT<br>Garcia Family Trust, Richard Garcia, Steven J. Cooper, Law Office of Stephen J. Cooper; Inglewood Sheriff Department | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>CENTRAL DISTRICT OF CALIFORNIA | DIVISION OFFICE<br>CENTRAL DISTRICT OF CALIFORNIA | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br><br>July 19, 2024 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Carla L. Martinez & Christopher Martinez | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet ,summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

Plaintiffs and Defendants. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

Attorneys. Give the names and addresses of the attorneys, if known.

Party. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

Demand. Enter the dollar amount being demanded in the complaint.

Signature. This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Form B 250A (12/09)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| In re __Carla L. Martinez & Christopher Martinez__ , | ) | Case No. _2:24-bk-13606-NB____ |
| Debtor | ) | |
| | ) | Chapter ___7_____ |
| | ) | |
| __Carla L. Martinez & Christopher Martinez__ | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No._____ |
| | ) | |
| __Garcia Tirado Family Trust_____ | ) | |
| Defendant | ) | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  UNITED STATES BANKRUPTY COURT
255 E. Temple St.
Los Angeles, Ca. 90012

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

Name and Address of Plaintiffs Attorney:

**Carla L. Martinez
Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____, certify that I am and at all times during the
service of process was, not less than 18 years of age and not a party to the matter concerning which service of
process was made.   I further certify that the service of this summons and a copy of the complaint was made

_____ by: _____
(date)

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:
Richard Garcia
6728 Los Verdes Dr.
Apartment 8
Rancho Palos Verdes, Ca. 90275

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

Under penalty of perjury I declare that the foregoing is true and correct.

_____7/17/24_____          _____
Date                                                        Signature

| Print Name: |
| Business Address:: |
| City: | State: | Zip: |

Form B 250A (12/09)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| In re **Carla L. Martinez & Christopher Martinez** , | ) | Case No. 2:24-bk-13606-NB |
| Debtor | ) | |
| | ) | Chapter ___7___ |
| | ) | |
| **Carla L. Martinez & Christopher Martinez** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No._____ |
| | ) | |
| | ) | |
| **Richard Garcia** | ) | |
| Defendant | ) | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:    UNITED STATES BANKRUPTY COURT
255 E. Temple St.
Los Angeles, Ca. 90012

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

Name and Address of Plaintiffs Attorney:

**Carla L. Martinez
Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _____ , certify that I am and at all times during the
service of process was, not less than 18 years of age and not a party to the matter concerning which service of
process was made.   I further certify that the service of this summons and a copy of the complaint was made
_____ by: _____
         (date)

☐  Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:
          Garcia Tirado Family Trust
          6728 Los Verdes Dr.
          Apartment 8
          Rancho Palos Verdes, Ca. 90275

☐  Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐  Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐  Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐  Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐  Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐  Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐  Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

Under penalty of perjury I declare that the foregoing is true and correct.

_____7/17/24_____        _____
            Date                                                     Signature

| Print Name: | |
|---|---|
| Business Address:: | |
| City: | State:          Zip: |

Form B 250A (12/09)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| In re __Carla L. Martinez & Christopher Martinez__ , | ) | Case No. _2:24-bk-13606-NB___ |
| Debtor | ) | |
| | ) | Chapter ____7_____ |
| | ) | |
| __Carla L. Martinez & Christopher Martinez__ | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No._____ |
| | ) | |
| __Steven J. Cooper_____ | ) | |
| Defendant | ) | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:    UNITED STATES BANKRUPTY COURT
255 E. Temple St.
Los Angeles, Ca. 90012

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

Name and Address of Plaintiffs Attorney:

**Carla L. Martinez
Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)

## CERTIFICATE OF SERVICE

I, _____ , certify that I am and at all times during the
service of process was, not less than 18 years of age and not a party to the matter concerning which service of
process was made.   I further certify that the service of this summons and a copy of the complaint was made

_____   by:   _____
       (date)

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:
                                              Steven J. Cooper
                                              21515 Hawthorne Blvd
                                              Suite 160
                                              Torrance, Ca. 90503

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:


☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:


☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:


☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:


☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:


☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:


☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:


Under penalty of perjury I declare that the foregoing is true and correct.

_____7/17/24_____                          _____
        Date                                                Signature

| Print Name: |
| Business Address:: |
| City:        State:        Zip: |

Form B 250A (12/09)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| In re __Carla L. Martinez & Christopher Martinez__ , | ) | Case No. 2:24-bk-13606-NB |
| Debtor | ) | |
| | ) | Chapter _____ |
| | ) | |
| Carla L. Martinez & Christopher Martinez | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No._____ |
| | ) | |
| Steven J. Cooper | ) | |
| Defendant | ) | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:    UNITED STATES BANKRUPTCY COURT
255 E. Temple St.
Los Angeles, Ca. 90012

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

Name and Address of Plaintiffs Attorney:

**Carla L. Martinez
Christopher Martinez
3964 Redwood Avenue
Los Angeles, Ca. 90066
Phone: 213-586-3454**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____ (Deputy Clerk)

## CERTIFICATE OF SERVICE

I, _____, certify that I am and at all times during the
service of process was, not less than 18 years of age and not a party to the matter concerning which service of
process was made.   I further certify that the service of this summons and a copy of the complaint was made

_____ by: _____
         (date)

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:
                      Law Office of Stephen J. Cooper
                      21515 Hawthorne Blvd
                      Suite 160
                      Torrance, Ca. 90503

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

☐   Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

Under penalty of perjury I declare that the foregoing is true and correct.

_____7/17/24_____          _____
         Date                                 Signature

| Print Name: |
| Business Address:: |
| City:          State:          Zip: |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Carla L. Martinez<br>Christopher Martinez<br>3964 Redwood Avenue<br>Los Angeles, Ca. 90066<br>Phone: 213-586-3454<br><br><br><br>Attorney for Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Carla L. Martinez & Christopher Martinez<br><br>Debtor(s). | CASE NO.:    7<br><br>CHAPTER: SELECT CHAPTER _____ |
|---|---|
| | ADVERSARY NUMBER: |

| Carla L. Martinez & Christopher Martinez<br>                    Versus            Plaintiff(s)<br>Garcia Tirado Family Trust<br>Richard Garcia<br>Steven J. Cooper<br>Law Office of Stephen J. Cooper<br>                              Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |
|---|---|

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____ If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Hearing Date: _____ | Place: |
|---|---|
| Time: _____ | ☑ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: _____ | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 931 01 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                              Page 1                    **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1. 1) with an attachment for additional parties if necessary (LBR form F 7016-1.1 a). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____,I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED <u>BY UNITED STATES MAIL:</u>**
On *(date)* _____,I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED <u>BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method) for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/17/24 | | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012    Page 3    F 7004-1.SUMMONSADV.PROC

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

**PLAINTIFFS** Carla L. Martinez & Christopher Martinez, Pro Se

**DEFENDANTS** RICHARD GARCIA, GARCIA TIRADO FAMILY TRUST, Stephen J. Cooper, Law Office of Steven J. Cooper, INGLEWOOD SHERIFF'S DEPT

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
Carla L. Martinez, Christopher Martinez, Pro Se
3964 Redwood Avenue, Los Angeles CA 90066
Phone (213) 586-3454

**ATTORNEYS** (If Known)

**PARTY** (Check One Box Only)
☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor    ☐ Other
☐ Trustee

**PARTY** (Check One Box Only)
☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin
☒ Creditor    ☐ Other
☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Recovery of Property, Recovery of Monetary Property; Willful Violation of Stay, COMPLAINT to Determine Validity, Priority of Extent of Lien pursuant to Bankruptcy Rule 7001(2); Complaint for Injunctive Relief pursuant to Bankruptcy Rule 7001(7) COMPLAINT for FRAUD, Negligent Misrepresentation, COMPLAINT for Declaratory Relief pursuant to FRBP 7001(9) & 28 USC 2201

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner – §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability – §523(a)(5), domestic support
☐ 68-Dischargeability – §523(a)(6), willful and malicious injury
☐ 63-Dischargeability – §523(a)(8), student loan
☐ 64-Dischargeability – §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☒ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ 12,000,000.00 |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR Carla L. Martinez and Christopher Martinez, Pro Se | BANKRUPTCY CASE NO. | 2:24-bK-13606-NB |
| DISTRICT IN WHICH CASE IS PENDING Central District of California | DIVISION OFFICE Western Division | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF Carla L. Martinez & Christopher Martinez, Pro Se | DEFENDANT RICHARD GARCIA, Garcia Tirado Family Trust, Stephen J. Cooper Law office of Stephen cooper INGLEWOOD SHERIFFS DEPT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING Central District of California | DIVISION OFFICE Western Division | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE JULY 19, 2024 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) Carla L. Martinez & Christopher Martinez | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes the information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.