Steven J. Cooper, State Bar No. 81689
**THE LAW OFFICES OF STEVEN J. COOPER**
21515 HAWTHORNE BOULEVARD,
SUITE 980
TORRANCE, CALIFORNIA 90503
PHONE (310) 316-1899
FAX (310) 540-8142

Attorney for Defendant(s): Steven J. Cooper; Richard
Garcia; Garcia Tirado Family Trust & Law Office of
Stephen J. Cooper



FILED

JAN 10 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CARLA L. MARTINEZ &
CHRISTOPHER MARTINEZ,

PLAINTIFF(S),

v.

GARCIA TIRADO FAMILY
TRUST, RICHARD GARCIA,
STEVEN J. COOPER, LAW OFFICE
OF STEPHEN J. COOPER,
INGLEWOOD SHERIFF
DEPARTMENT,

DEFENDANT(S).

Bankruptcy Case No.: 2:24-bk-13606-NB
Chapter 7
Adversary Case No.: 2:24-ap-01178-NB

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM OF POINTS AND AUTHORITIES**

### I. FACTUAL AND PROCEDURAL HISTORY

Debtor/Moving party, Carla L. Martinez DBA Carla Clenney along with her husband Christopher Martinez (hereinafter "Debtor") filed her Chapter 7 Petition on May 8th, 2024, subsequent to Entry of Judgment in an Unlawful Detainer action in he Los Angeles Superior

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM OF POINTS AND AUTHORITIES**

1 | Court entered against her, as tenant, on March 6th, 2024 and a Writ of possession having been

2 | issued prior to May 5th, 2024.

3 |     Moving party is informed and believes that the Court ruled with prejudice on Debtor's

4 | Motion For Violation of Stay and Wrongful Eviction and dismissed Debtor's first Adversary

5 | Complaint for Fraud at the status Conference held on September 24th, 2024. Debtor was

6 | subsequently discharged. Defendants lodged a proposed Order of Dismissal, per the Court's

7 | Order, on 10-24-24, and the same was filed on 10-4-2024. Opposing parties do not know if the

8 | Order the Court requested term to lodge has yet been signed.

9 |     Debtor now brings it's "Motion For Judgment on the Pleadings." The Motion raises two

10 | ostensible issues: 1) that answering parties violated the automatic stay when they instituted their

11 | eviction prior to filing of debtor's petition; and 2) that the Answer of Adversarial Defendant's

12 | somehow fails to deny or contravene the allegations in the Adversarial Complaint.

13 |     There are no other further contentions anywhere in the moving papers.

14 | **II.  LEGAL DEFENSES**

15 |     Debtor is collaterally estopped from raising the issue of Wrongful Eviction. The Court

16 | docket reflects that this contention was dismissed, with prejudice, on or about September 24th,

17 | 2024. The factual issue of Wrongful Eviction cannot be raised in a Motion for Judgment on the

18 | Pleadings, even had the Court not already dismissed the Adversarial Complaint on September

19 | 24th,2024.  A Motion For Judgment on the Pleadings relies solely on relevant matters raised ino

20 | the pleadings. Moreover, as her Complaint has already been dismissed, debtor has no standing to

21 | move for a Judgment on the Pleadings.

22 |     Finally, Defendant's Answer denies each generally and specifically each and every

23 | material allegation in the Adversarial Complaint. By it's denial, the Adversarial Defendants have

24 | contested the allegations in the Complaint by Express Denial.  Debtor cannot therefore complain

25 | that the allegations in the Complaint are uncontested, or that the Answer of Adversarial

26 | Defendants "... fails to raise any genuine issue of material fact and Plaintiff is entitled to

27 | Judgment as a matter of law."

28 |

THE LAW OFFICES OF
STEVEN J. COOPER
21515 HAWTHORNE BLVD, SUITE 1150
TORRANCE, CALIFORNIA 90503
AREA CODE (310) 316-1899

2–

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT
ON THE PLEADINGS; MEMORANDUM OF POINTS AND AUTHORITIES**

1       It is unclear whether debtor is seeking a Judgment solely on liability, or also on the

2   damage contentions raised in the dismissed Adversarial Complaint. No identified evidence as to

3   any damages has been presented in the Complaint. Any damage claim would need to be

4   supported by evidence. Such evidence is  not presented in the Motion.

5   **III.    DEBTOR SHOULD BE SANCTIONED OR AT LEAST ADMONISHED THAT**

6       **SHE IS ABUSING THE LEGAL SYSTEM CONTINUING TO FILE SPURIOUS**

7       **MOTIONS WHICH INCUR VALUABLE COURT AND LITIGANT TIME. THE**

8       **COURT IS REQUESTED TO ADMONISH DEBTOR ACCORDINGLY.**

9       **IV.    CONCLUSION**

10      WHEREFORE it is respectfully requested that the Court deny the Motion for Judgment

11  on the Pleadings and admonish debtor/moving party as to the status of her rights to litigate

12  further her Adversarial Complaint which has previously been dismissed at the September 24th,

13  2024 Status conference. Debtor has no standing to bring Motions in her dismissed Adversarial

14  Complaint.

15

16                                    Steven J. Cooper,

17  _1-6-2025_

18  Dated                               Attorney For Richard A. Garcia in his

19                                 capacity as Trustee of the Garcia Tirado

20                                 Family Trust Dated 8/21/2008, Steven Cooper,
Richard Garcia, the individual, Law Office of
Stephen J. Cooper

21

22

23

24

25

26

27

28

THE LAW OFFICES OF
**STEVEN J. COOPER**
21515 HAWTHORNE BLVD., SUITE 1150
TORRANCE, CALIFORNIA 90503
AREA CODE (310) 316-1899

3—

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT
ON THE PLEADINGS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21515 hawthorne Blvd., Suite 980
Torrance, CA 90503

A true and correct copy of the foregoing document entitled (*specify*): Defendant's Notice Of Opposition To Plaintiff's Motion For Judgment On The Pleadings; Defendant's Opposition To Plaintiff's Motion For Judgment On The Pleadings; Memorandum Of Points And Authorities

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*)  01/07/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Christopher Martinez | Jason Rund (TR) | Judge Neil W. Bason |
|---|---|---|
| Carla Clenney Martinez | Sheridan & Rund | US Bankruptcy Court |
| 3964 Redwood Ave. | 270 Coral Circle | 255 E. Temple, Suite 1552 / Courtroom 1545 |
| Los Angeles, CA 90066 | El Segundo, CA 90245 | Los Angeles, CA 90012 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/07/2025 | CHRIS COOPER | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**